UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                              Case No. 2:18-cr-7
                                                                HON. ROBERT J. JONKER
JESUS VARGAS ONATE,

                    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 26, 2018, for an initial appearance on an indictment charging defendant with Reentry of Removed Alien. The Court was advised by pretrial services that there is a warrant from the state of Indiana and a detainer lodged for this defendant making him ineligible for release on bond; the government agreed.

Defendant shall be detained pending further proceedings.


IT IS SO ORDERED.


                                                 /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE
Dated: March 28, 2018